# ATTACHMENT A

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED

AUG 09 2021

United States Marshals Service
District of Alaska

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:19-CV-00456-REP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 62 Two Rivers Road (Lot 8) | Post & Walk |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** { | See attached specific instructions - Norman Welch and Trina Welch |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 62 Two Rivers Road N, St. Regis, Montana (Lot 8) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please see "Attachment A - 62 Two Rivers Road (Lot 8)" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of: KEVIN MALONEY Digitally signed by KEVIN MALONEY Date: 2021.08.09 09:55:26 -08'00' | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 208-334-1211 | DATE 8/9/2021 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. *D23* | District to Serve No. *D410* | Signature of Authorized USMS Deputy or Clerk *DBleuit* | Date *8/9/2021* |
|---|---|---|---|---|---|
| | *1* | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 8/13/21 | Time 5:05 | ☐ am ☒ pm |
|---|---|---|---|
| G▮▮ K▮▮ | | | |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Roommate of Trina Welch served
G▮▮▮▮ K▮▮▮▮▮ phone ▮▮▮▮▮
Defense attorney notified

RECEIVED

AUG 09 2021

~~United States Marshals Service~~
District of Alaska

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:19-CV-00456-REP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 211 Hill Avenue- Real Property (Trina Welch) | Post & Walk |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | See attached specific instructions - Trina Welch and D███ A█████ |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 211 Hill Avenue, Smeterville, ID 83868 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please see "Attachment A - 211 Hill Avenue" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| KEVIN MALONEY  Digitally signed by KEVIN MALONEY  Date: 2021.08.09 09:48:31 -0600' | ☐ DEFENDANT | 208-334-1211 | 8/9/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No D23 | No D23 | | 8/9/2021 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 08-17-21 | 0744 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS 8-17-2021 0744 Posted Near Front Door
38 miles one way

1 DUSM, 1 hour, 76 miles RT ($65 + $42.56 = 107.56)

**U.S. Department of Justice**
**United States Marshals Service**

RECEIVED

AUG 09 2021

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:19-CV-00456-REP |
|---|---|
| DEFENDANT<br>413 E. 9th Avenue - Real Property (Trina Welch) District of Alaska | TYPE OF PROCESS<br>Post & Walk |

| | |
|---|---|
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>See attached specific instructions - Norman Welch and Trina Welch |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>413 E. 9th Avenue, Post Falls, ID 83854 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Please see "Attachment A - 413 E. 9th Avenue" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of:<br>KEVIN MALONEY *Digitally signed by KEVIN MALONEY Date: 2021.08.09 09:50 37 -06'00'* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>208-334-1211 | DATE<br>8/9/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. D23 | District to Serve<br>No. D23 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/9/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>08-17-21 | Time<br>4:17 | ☐ am<br>☒ pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

(6) - Posted near Front Door
9.6 miles one way

1 DUSM, 1 hour, 19.2 R+ ($65 + 10$^{25}$ = $75$^{25}$)

Form USM-285
Rev. 01/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

RECEIVED

| PLAINTIFF United States of America | AUG 09 2021 | COURT CASE NUMBER 2:19-CV-00456-REP |
|---|---|---|
| DEFENDANT 501 E. Walnut Avenue - Real Property United States Marshals Service District of Alaska | | TYPE OF PROCESS Post & Walk |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN See attached specific instructions - N███ and J███ A███ ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 501 E. Walnut Avenue, Osburn, ID 83849 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please see "Attachment A - 501 E. Walnut Avenue" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of: KEVIN MALONEY Digitally signed by KEVIN MALONEY Date: 2021.08.09 09:46:43 -06'00' | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 208-334-1211 | DATE 8/9/2021 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. D23 | District to Serve No. D23 | Signature of Authorized USMS Deputy or Clerk | Date 8/9/2021 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 8-17-21 0802 | Time 0802 | ☒ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  8:02 - Front Door
47.2 oneway

1 DUSM, 1 hour, 94.4 miles  $(465 + 52^{86} = 112.86)$

Form USM-285
Rev. 01/21

**RECEIVED**

AUG 09 2021

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF United States of America | United States Marshals Service District of Alaska | COURT CASE NUMBER 2:19-CV-00456-REP |
|---|---|---|
| DEFENDANT 519 E. Walnut Avenue - Real Property (Trina Welch) | | TYPE OF PROCESS Post & Walk |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
See attached specific instructions - Norman Welch and Trina Welch

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
519 E. Walnut Avenue, Osburn, ID 83849

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please see "Attachment A - 519 E. Walnut Avenue" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of: KEVIN MALONEY  Digitally signed by KEVIN MALONEY Date: 2021.08.09 09:52:03 -06'00' | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 208-334-1211 | DATE 8/9/2021 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. D23 | District to Serve No. D23 | Signature of Authorized USMS Deputy or Clerk | Date 8/9/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 08-17-21 | Time 0806 | ☒ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  8:06 - Posted near Front Door
47.2 one way

( Dusm, 1 hour, 94.4 RT   (65 + 52.86 = $117.86)

Form USM-285
Rev. 01/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:19-CV-00456-REP |

United States Marshals Service
District of Alaska

| | |
|---|---|
| DEFENDANT<br>1253 Garden Avenue - Real Property (Trina Welch) | TYPE OF PROCESS<br>Post & Walk |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
See attached specific instructions - Norman Welch and Trina Welch

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1253 Garden Avenue, Osburn, ID 83849

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Please see "Attachment A - 1253 Garden Avenue" for specific instructions.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| KEVIN MALONEY  Digitally signed by KEVIN MALONEY Date: 2021.08.09 09:53:51 -06'00' | ☐ DEFENDANT | 208-334-1211 | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>/ | District of Origin<br>No. D23 | District to Serve<br>No. D23 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/9/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc , at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>08-17-21 | Time<br>0813 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  8:13 - Posted near Front Door
4/8.1 one way

1 DUSM, 1 hour, 96.2 RT  ($65 + 53$^{87}$ = $118.87)