JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PROPERTY INVOLVED IN MONEY LAUNDERING AND DERIVED FROM OR TRACEABLE TO WIRE FRAUD, INCLUDING:<br><br>REAL PROPERTIES known as:<br>1)  413 E. 9th Ave., Post Falls, Idaho;<br>2)  519 E. Walnut, Osburn, Idaho;<br>3)  501 E. Walnut, Osburn, Idaho;<br>4)  211 N. Hill Street, Smelterville, Idaho;<br>5)  1253 E. Garden, Osburn, Idaho; and<br>6)  Parcel No.: 181400 (Lot 8) in Rivers Acreage, a platted subdivision in Mineral County, St. Regis, Montana;<br><br>Defendants. | Case No. 2:19-CV-00456-REB<br><br>**UNITED STATES' NOTICE OF DISMISSAL WITHOUT PREJUDICE AND STATUS UPDATE REGARDING PARALLEL CRIMINAL CASE** |

**Introduction**

This *in rem* civil forfeiture action relates to a criminal wire fraud case, *United States v. Trina Marie Welch*, No. 2:20-CR-00052-DCN.  This Court stayed this civil forfeiture action until October 5, 2022, consistent with 18 U.S.C. § 981(g)(1).  (ECF No. 35.)  The United States files this Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

**Criminal Case Status Update**

On September 16, 2022, the Honorable Judge Nye sentenced Trina Welch to 51 months of prison for wire fraud and remanded her to custody.  (No. 2:20-CR-00052, ECF No. 88.)  Judge Nye had previously entered a Preliminary Order of Forfeiture forfeiting Welch's interest in the real properties named in this civil action, as Welch agreed in her Plea Agreement.  (No. 2:20-CR-00052-DCN, ECF No. 52; ECF No. 45 at 4 and 6-8.)  The Government expects that any interest beyond Ms. Welch's in the properties will be addressed as part of the criminal third-party ancillary proceedings.  *See* Fed. R. Cr. P. 32.2(c); *see also* 21 U.S.C. § 853(n).

**Notification of Property Owners regarding Notice of Dismissal**

The United States previously notified property owners that it would move to stay the civil case until after the criminal sentencing and that they were free to object or file a pleading; none have objected thus far.  The United States previously posted the properties and served the civil complaint on the property owners.  (*See* ECF No. 30 at 5 for details.)  The United States will email a copy of this Notice to property owners who are not receiving ECF notice.

**Notice of Dismissal**

No opposing party has served either an answer or a motion for summary judgment; therefore, dismissal by notice and without prejudice is authorized by Federal Rule of Civil Procedure 41(a)(1)(i).  For these reasons, the United States files this Notice of Dismissal Without Prejudice.

DATED this 7th day of October, 2022.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Kevin T. Maloney*
KEVIN T. MALONEY
Assistant United States Attorney

UNITED STATES' NOTICE OF DISMISSAL WITHOUT PREJUDICE AND STATUS
UPDATE REGARDING PARALLEL CRIMINAL CASE - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2022, the foregoing **UNITED STATES'
NOTICE OF DISMISSAL WITHOUT PREJUDICE AND STATUS UPDATE
REGARDING PARALLEL CRIMINAL CASE** was electronically filed with the Clerk of the
Court using the CM/ECF system, and that a copy was served on the following parties or counsel
by:

| | |
|---|---|
| Gregory R. Rauch<br>Magyar, Rauch & Associates, PLLC<br>326 E. 6th Street<br>Moscow, ID 83843<br>rauch@mralegal.com<br><br>*Attorney for Norman Welch* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ E-mail |
| John Stephen Roberts , Jr.<br>Federal Defenders of Eastern Washington and Idaho<br>10 N. Post Street<br>Spokane, WA 99201<br>Steve_Roberts@fd.org<br><br>*Attorney for Trina Welch (criminal case)* | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ E-mail |
| J.A. | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ E-mail |
| N.A. | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ E-mail |
| D.A. | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☒ E-mail |

*/s/ Catherine Lewers*
Paralegal

UNITED STATES' NOTICE OF DISMISSAL WITHOUT PREJUDICE AND STATUS
UPDATE REGARDING PARALLEL CRIMINAL CASE - 4