UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REAL PROPERTIES known as:<br>1)　　413 E. 9th Ave., Post Falls, Idaho;<br>2)　　519 E. Walnut, Osburn, Idaho;<br>3)　　501 E. Walnut, Osburn, Idaho;<br>4)　　211 N. Hill Street, Smelterville, Idaho;<br>5)　　1253 E. Garden, Osburn, Idaho; and<br>6)　　Parcel No.: 181400 (Lot 8) in Rivers Acreage, a platted subdivision in Mineral County, St. Regis, Montana,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00456-REP<br><br>**ORDER OF DISMISSAL** |

　　This matter having come before the Court upon the Plaintiff's Notice of Voluntary Dismissal (Dkt. 36), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Court being duly advised,

　　IT IS HEREBY ORDERED that this action is DISMISSED, without prejudice.  The Clerk's Office is directed to close the case.

DATED: October 07, 2022

Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**